# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL ORTIZ and J & J TRUCKING SERVICES L.L.C., individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC and JOHN DOES 1-10,<br><br>Defendants. | Case No. 1:21-cv-12406-KMW-EAP<br><br>**ORDER GRANTING STIPULATION AND ENTERING DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and based on the Parties' stipulation thereunder, the Court ORDERS that:

1. This case is dismissed with prejudice as to Plaintiffs Michael Ortiz and J&J Trucking Services L.L.C. and without prejudice as to the putative class members.

2. The Parties will each bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: October 13, 2023

Hon. Karen M. Williams
United States District Judge